IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLLEEN E. MCBRIDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ATLANTIC, NEW JERSEY,<br>et al.,<br><br>　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 10-2773 (JBS-AMD)<br><br>**ORDER** |

　　This matter having come before the Court upon Defendant CFG Health Systems, LLC's motion for summary judgment [Docket Item 36]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

　　IT IS this  **10th**  day of  **April**, **2013** hereby

　　ORDERED that Defendant CFG Health Systems, LLC's motion for summary judgment is GRANTED; and it is further

　　ORDERED that Defendant CFG Health Systems, LLC, be terminated as a party.

　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge